UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER              21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

NUBIA LOSADA,                          08CV2652(AKH)

                Plaintiff(s),   **NOTICE OF APPEARANCE**

    -against-

80 LAFAYETTE ASSOCIATES LLC, et al.,

                Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
           April 24, 2008

                                     Yours etc.,

                                     HARRIS BEACH PLLC
                                     *Attorneys for Defendant*
                                   **CENTURY 21, INC., BLUE**
                                   **MILLENNIUM REALTY LLC**

                                   _____/s/_____
                                   Stanley Goos, Esq. (SG-7062)
                                   100 Wall Street
                                   New York, NY 10005
                                   212 687-0100
                                   212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on April 24, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1.    Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: April 24, 2008

/s/
Stanley Goos, Esq. (SG 7062)